## STRAIT *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 31, September Term, 1965.]

*Decided October 15, 1965.*

Before PRESCOTT, C. J., and HORNEY, MARBURY, OPPEN-HEIMER and BARNES, JJ.

PER CURIAM.

For the reasons set forth in the opinion of Judge Menchine in the lower court, and our opinion in *Johnson, Etc. v. State,* 238 Md. 528 (May 5, 1965), the application for leave to appeal is denied.

*Application denied.*